1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **JONAS DAVID SMITH,** | ) | **1:06-cv-0886 AWI WMW HC** |
| **Petitioner,** | ) | **ORDER DENYING MOTION** |
| | ) | **FOR SCHEDULING ORDER** |
| **vs.** | ) | **AND EXPEDITED REVIEW** |
| | ) | |
| | ) | **[Doc. 6]** |
| **JEFF WRIGLEY, Warden,** | ) | |
| **Respondent.** | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

        Petitioner is a federal prisoner proceeding pro se on a petition for writ of habeas

corpus pursuant to 28 U.S.C. Section 2241.  On August 10, 2006, Petitioner filed a motion

requesting a scheduling order and expedited review.  The court understands Petitioner's need

and desire to have his case heard quickly as he believes that relief is warranted.  However, the

court has pending before it at any given time hundreds of habeas cases wherein each prisoner

alleges that relief is warranted.  Case management at the court proceeds by the order cases are

received.  Due to the high volume of such cases and the court's diligent handling of each

case, a court decision often takes time.  Petitioner can rest assured that the court acts to

resolve all pending cases in the most efficient manner possible.  Accordingly, Petitioner's

case will be heard in due course.  Petitioner's motion is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   February 14, 2007**              _____/s/  William M. Wunderlich_____
bl0dc4                                        UNITED STATES MAGISTRATE JUDGE

2