IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JONAS DAVID SMITH,** | ) | 1:06-cv-0886 AWI WMW HC |
| Petitioner, | ) ) | ORDER REQUIRING PETITIONER TO REFILE |
| vs. | ) ) | RESPONSE TO MOTION TO DISMISS |
| | ) | |
| **JEFF WRIGLEY, Warden,** | ) ) | |
| Respondent. | ) ) | |
| _____ | ) | |

      Petitioner is a former federal prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On February 15, 2007, the Magistrate Judge filed findings and recommendations in regard to Respondent's motion to dismiss filed January 29, 2007. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days.

      On February 20, 200, Petitioner filed a Motion for Summary Judgment in this case.

Concealed within that motion as Exhibit B is a document entitled "Petitioner's Response Re: Motion to Dismiss." Petitioner is hereby informed that any such response to a motion by the opposing party must be filed separately.

Accordingly, Petitioner is HEREBY ORDERED to refile as a separate document his response to the motion to dismiss. Petitioner shall do this within ten (10) days of the date of service of this order. Thereafter, the court will construe Petitioner's response as objections to the findings and recommendations. Respondent shall have ten (10) days after the filing of Petitioner's response to file a reply.

IT IS SO ORDERED.

bl0dc4**Dated:     March 9, 2007**            **/s/  William M. Wunderlich**
                                                              UNITED STATES MAGISTRATE JUDGE