**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **JONAS DAVID SMITH,** | ) | **1:06-cv-0886 AWI WMW HC** |
| Petitioner, | ) | |
| | ) | **ORDER ADOPTING** |
| | ) | **FINDINGS AND** |
| vs. | ) | **RECOMMENDATIONS RE** |
| | ) | **MOTION TO DISMISS** |
| **JEFF WRIGLEY, Warden,** | ) | [Doc. 12, 14] |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a federal prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302. Pending before the court is Respondent's motion to dismiss.

On February 15, 2007, the Magistrate Judge filed findings and recommendations that recommended the court grant Respondent's motion to dismiss and dismiss this petition as moot. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within

thirty days.  After receiving an extension of time, Petitioner filed objections on March 20, 2007.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.  The objections do not explicitly disagree with the Magistrate Judge's finding that the relief sought in the petition is moot.   Instead, the objections' focus on general delays in this action do not provide a reason to not adopt the Findings and Recommendations.   To the extent Petitioner desires to file a new petition concerning other claims, Petitioner may do so.   However, the current Petition's claims are moot, and as such, this action is subject to dismissal.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on February 15,  2007, are a adopted in full;
2. Respondent's motion to dismiss is GRANTED;
3. The Petition for Writ of Habeas Corpus is DISMISSED as moot;
3.  The Clerk of the Court is directed to terminate all pending motions in this case, enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

Dated:     April 27, 2007                                /s/ Anthony W. Ishii
                                                         UNITED STATES DISTRICT JUDGE