UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONAS DAVID SMITH, | 1:06-cv-00886 AWI-WMW  (HC) |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE |
| v. | (DOCUMENT #34) |
| JEFF WRIGLEY, | (30) THIRTY DAY DEADLINE |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241.  On December 11, 2007, petitioner filed a motion to extend time to file Traverse.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file Traverse.

IT IS SO ORDERED.

**Dated:   January 9, 2008**              /s/  William M. Wunderlich
                                          UNITED STATES MAGISTRATE JUDGE