IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONAS DAVID SMITH, ) | 1:06-cv-0886 AWI WMW HC |
| ) | |
| Petitioner, ) | ORDER DENYING MOTION |
| ) | FOR RECONSIDERATION |
| vs. ) | |
| ) | [Doc. 38] |
| ) | |
| JEFF WRIGLEY, Warden, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

    Petitioner is a federal prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2241.  On January 23, 2008, Petitioner filed a motion for reconsideration of this court's order of January 10, 2008, granting Petitioner's motion for an extension of time to file his traverse.   Petitioner objects to the court's order on the ground that the court granted his motion for an extension of time without first ruling on Petitioner's "Objection Re: Respondent's Lack of Standing to Answer the Petition; Request for Sanctions,"  which Petitioner filed on December 19, 2007.   The court finds Petitioner's motion for reconsideration to be meritless, as the court has no obligation to respond to

Petitioner's filings in the order which Petitioner may prefer.

        Accordingly, IT IS HEREBY ORDERED as follows:

1)     Petitioner's request for reconsideration is DENIED;

2)     Petitioner's request to correct the record is DENIED;

3)     Petitioner's motion for directed judgment is DENIED;

4)     Petitioner's motion to strike is DENIED;

5)     Petitioner's request that the district judge retain this case is DENIED.


IT IS SO ORDERED.

**Dated:**   **May 26, 2008**                 **/s/ Anthony W. Ishii**
                                             UNITED STATES DISTRICT JUDGE